## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANASIA WADLEY,

       *Plaintiff,*

  v.

KIDDIE ACADEMY INTERNATIONAL, INC., *et al*

       *Defendants.*

CIVIL ACTION
NO. 17-05745

## **ORDER**

**AND NOW**, this 19th day of June, 2018, upon consideration of Defendants' Motion to Dismiss, (ECF No. 10), Plaintiff's Response (ECF No. 11), and Defendants' Reply (ECF No. 13), it is **ORDERED** that Defendants' Motion (ECF No. 10) is **GRANTED in part and DENIED in part** as follows:

1. All claims against Kiddie Academy International, Inc. and Essential Brands, Inc. are **DISMISSED**.

2. Counts 1, 2 and 5 are **DISMISSED**.

3. Plaintiff may amend her Complaint on or before July 3, 2018 in accordance with the accompanying Memorandum.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.