IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANASIA WADLEY,

    *Plaintiff,*

v.

KIDDIE ACADEMY INTERNATIONAL, INC., *et al*

    *Defendants.*

CIVIL ACTION
NO. 17-05745

## ORDER

**AND NOW**, this 1st day of October, 2018, upon consideration of Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint, (ECF No. 25), Plaintiff's Response (ECF No. 26), and Defendants' Reply (ECF No. 27), it is **ORDERED** that Defendants' Motion (ECF No. 25) is **GRANTED in part and DENIED in part** as follows:

1. All claims against Kiddie Academy International, Inc., Christina Recca, Ruchi Srivastava and Lisa are **DISMISSED with prejudice**.

2. Counts 1, 2, 5 and 6 are **DISMISSED with prejudice**.

3. The Motion to Dismiss is **DENIED** with respect to Count 4 and all claims against Essential Brands, Inc.

    BY THE COURT:

    ***/s/ Gerald J. Pappert***
    GERALD J. PAPPERT, J.